### EX PARTE HENRY YERWOOD.

No. 2839.    Decided June 24, 1904.

**Habeas Corpus—Appeal—Practice.**

Where a party was refused bail in a murder case during a term of the district court and was placed upon trial which resulted in a mistrial, and thereupon filed a motion for new trial in the habeas corpus case, which was entertained but bail again refused, all during the same term of the court, he had a right to appeal by giving notice of appeal whether he filed motion for new trial or not.

Appeal from the District Court of Travis. Tried below before Hon. George Calhoun.

Appeal from an order remanding relator to custody on proceedings by habeas corpus refusing bail.

No statement necessary.

*Walton & Walton* and *W. D. Hart,* for appellant.

*Howard Martin,* Assistant Attorney-General, for the State.

DAVIDSON, PRESIDING JUDGE.—Relator was indicted for murder. He applied for and was refused bail on habeas corpus. During the same term of the court he was placed on trial before a jury, which failed to agree. He filed a motion for new trial, after the discharge of the jury, which was entertained by the court, who again refused bail, and this appeal is prosecuted. All these proceedings occurred during the same term of the district court. This was proper. The court had control of its judgments during the term, and any party has a right to appeal in a case where appeal lies at any time during the term, by giving notice of appeal, whether he files a motion for new trial or not. We therefore hold that this appeal is properly in this court. We have examined the facts, and in our opinion relator is entitled to bail, and his bond is fixed at the sum of five thousand dollars; upon the giving of which, in accordance with the terms of the law, the officer having him in charge will release him from custody.

*Bail granted.*